(119 So. 917)
**J. W. BURRUS v. Norma BURRUS.**
(8 Div. 59.)

Supreme Court of Alabama. Jan. 17, 1929.

PER CURIAM. Appeal dismissed by appellant.

(119 So. 917)
**Ex parte Quinn CALLAWAY.** (6 Div. 283.)

Supreme Court of Alabama. Jan. 17, 1929.

PER CURIAM. Rule nisi denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(118 So. 920)
**CITY COUNCIL OF JASPER v. J. W. COLE.**
(6 Div. 51.)

Supreme Court of Alabama. Nov. 28, 1928.

PER CURIAM. Appeal dismissed.

(119 So. 917)
**CITY OF MONTGOMERY v. UNION IN-DEMNITY CO.** (3 Div. 871.)

Supreme Court of Alabama. Jan. 17, 1929.

C. P. McIntyre and Goodwyn & Goodwyn, all of Montgomery, for appellant.

Weil, Stakely & Cater, of Montgomery, for appellee.

GARDNER, J. Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

(118 So. 920)
**Henry COVIS v. STATE.** (1 Div. 509.)

Supreme Court of Alabama. Oct. 4, 1928.

Gordon, Edington & Leigh, of Mobile, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

THOMAS, J. Petition of Henry Covis for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Covis v. State, 22 Ala. App. 664, 118 So. 923. The writ is awarded, the judgment reversed, and the cause remanded to the Court of Appeals on authority of Vincent Covis v. State, ante, p. 47, 118 So. 51.

All the Justices concur.

(119 So. 917)
**Dorothy J. DAVIS v. Walter B. JONES, Circuit Judge.** (3 Div. 877.)

Supreme Court of Alabama. Jan. 17, 1929.

PER CURIAM. Petition dismissed by petitioner.

(118 So. 920)
**Joe EASTERLING v. STATE.** (5 Div. 3.)

Supreme Court of Alabama. Oct. 4, 1928.

G. C. Walker, of Clanton, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

BOULDIN, J. Petition of Joe Easterling for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Easterling v. State, 22 Ala. App. 667, 118 So. 923. Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER JJ., concur.